**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

AMERICA B. YOUNG,

    Plaintiff,

v.                                         Case No: 8:12-cv-1000-T-30MAP

PMSI, INC.,

    Defendant.

## ORDER OF DISMISSAL

Before the Court is the Notice of Joint Stipulation for Dismissal With Prejudice (Dkt. #23). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed with prejudice, each party to bear their own attorney's fees and costs.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 26th day of December, 2012.

*/s/ James S. Moody, Jr.*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2012\12-cv-1000 dismissal 23.docx